IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LIVING RIVERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KENT HOFFMAN, *et al.*,<br><br>Defendants. | ORDER GRANTING UNOPPOSED MOTION TO POSTPONE SCHEDULING<br><br>Case No. 4:19-cv-00057-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on Defendants' Unopposed Motion to Postpone Scheduling,[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion[2] is GRANTED. The Order to Prepare Schedule and Prepare for Case Management Conference[3] is vacated, and the case shall proceed in accordance with DUCivR 7-4.

SIGNED this 16th day of September, 2019.

BY THE COURT:

Paul Kohler
United States Magistrate Judge

---

[1] Docket no. 14, filed September 9, 2019.
[2] *Id.*
[3] Docket no. 9, filed August 5, 2019.