Stephen H.M. Bloch (UT #7813)
Landon Newell (UT #14738)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
landon@suwa.org

Attorneys for Plaintiffs
Living Rivers and Southern Utah Wilderness Alliance

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LIVING RIVERS et al.,<br><br>　Plaintiffs,<br><br>v.<br><br>KENT HOFFMAN et al.,<br><br>　Defendants. | **PLAINTIFFS' NOTICE AND REQUEST FOR ORAL ARGUMENT**<br><br>Case No. 4:19-cv-00057-DN-PK<br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiffs Living Rivers and Southern Utah Wilderness Alliance (SUWA) respectfully file this Notice requesting that the Court hold oral argument in the above-captioned matter. Pursuant to the Court's Practices & Procedures and Resources[1] regarding hearings on motions, counsel for Plaintiffs, Mr. Landon Newell, is a junior member of SUWA's legal team and would appreciate and benefit from the opportunity to argue the pending motion to dismiss.[2]

---

[1] United States Dist. Court, Dist. of Utah, Judge David Nuffer, https://www.utd.uscourts.gov/judge-david-nuffer#HearingOnMotions (last updated Aug. 28, 2019).

[2] The briefing in this matter has been completed. Defendants filed a Motion to Dismiss Action on October 4, 2019 (ECF No. 16). Plaintiffs filed an Opposition to the Motion to Dismiss on November 1, 2019 (ECF No. 17). Defendants filed their Reply Supporting the Motion to Dismiss on November 15, 2019 (ECF No. 18).

2

Respectfully submitted this 3rd day of March, 2020.

/s/ Landon Newell
Landon Newell
Stephen Bloch
Attorneys for Living Rivers and
Southern Utah Wilderness Alliance