

# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Utah State Office
440 West 200 South, Suite 500
Salt Lake City, UT 84101-1345
http://www.blm.gov/utah

In Reply Refer To:
3100 (UT-922)

CERTIFIED MAIL – RETURN RECEIPT
9489 0090 0027 6180 0873 56

Landon Newell
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111

Dear Mr. Newell,

On March 19, 2019, the U.S. District Court for the District of Columbia issued a decision holding, among other things, that the offering and sale of certain oil and gas leases on Bureau of Land Management (BLM)-managed public lands in Utah did not comply with the National Environmental Policy Act (NEPA). *WildEarth Guardians, et al. v. Bernhardt* (*WEG v. Bernhardt*), Case No. 1:16-cv-01724-RC (368 F. Supp. 3d 41). Specifically, the court found that the NEPA documents the BLM relied on in offering and selling the subject leases did not adequately assess potential impacts involving greenhouse gas (GHG) emissions and climate change.

Since the *WEG v. Bernhardt* decision was issued, various BLM oil and gas lease sales have been challenged in both administrative and judicial proceedings. These proceedings involve challenges to the BLM's analysis of GHG emissions similar to the claims at issue in the *WEG v. Bernhardt* litigation. As a result, BLM Utah suspended 226 leases that were subject to litigation or administrative appeal while it prepared additional NEPA analysis to address the GHG emissions expected to occur as a result of leasing these parcels.

On January 11, 2021, the Analysis for Greenhouse Gas Emissions Related to Oil and Gas Leasing in Utah, Environmental Assessment and Finding of No Significant Impact, DOI-BLM-UT-0000-2021-0001-EA, was completed and included an analysis that is consistent with the *WEG v. Bernhardt* decision described above. On January 11, 2021, the BLM signed a Finding of No Significant Impact and has determined that it is appropriate to lift the suspension of operations and production (SOP) on the above-referenced 226 leases with no changes to the stipulations or notices. The SOPs are lifted effective February 1, 2021.

Copies of the decisions lifting the lease suspensions can be found on the BLM NEPA ePlanning website: https://eplanning.blm.gov/eplanning-ui/project/2002778/510.

If you have questions, please contact Angela Wadman at (801) 539-4052.

Sincerely,

**KENT HOFFMAN**

Digitally signed by KENT HOFFMAN
Date: 2021.01.14 08:23:54 -07'00'

Kent Hoffman
Deputy State Director
Lands and Minerals



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Utah State Office
440 West 200 South, Suite 500
Salt Lake City, UT 84101-1345
http://www.blm.gov/utah

In Reply Refer To:
3100 (UT-922)

CERTIFIED MAIL – RETURN RECEIPT
9489 0090 0027 6180 0873 87

Laura Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111

Dear Ms. Peterson,

On March 19, 2019, the U.S. District Court for the District of Columbia issued a decision holding, among other things, that the offering and sale of certain oil and gas leases on Bureau of Land Management (BLM)-managed public lands in Utah did not comply with the National Environmental Policy Act (NEPA). *WildEarth Guardians, et al. v. Bernhardt* (*WEG v. Bernhardt*), Case No. 1:16-cv-01724-RC (368 F. Supp. 3d 41). Specifically, the court found that the NEPA documents the BLM relied on in offering and selling the subject leases did not adequately assess potential impacts involving greenhouse gas (GHG) emissions and climate change.

Since the *WEG v. Bernhardt* decision was issued, various BLM oil and gas lease sales have been challenged in both administrative and judicial proceedings. These proceedings involve challenges to the BLM's analysis of GHG emissions similar to the claims at issue in the *WEG v. Bernhardt* litigation. As a result, BLM Utah suspended 226 leases that were subject to litigation or administrative appeal while it prepared additional NEPA analysis to address the GHG emissions expected to occur as a result of leasing these parcels.

On January 11, 2021, the Analysis for Greenhouse Gas Emissions Related to Oil and Gas Leasing in Utah, Environmental Assessment and Finding of No Significant Impact, DOI-BLM-UT-0000-2021-0001-EA, was completed and included an analysis that is consistent with the *WEG v. Bernhardt* decision described above. On January 11, 2021, the BLM signed a Finding of No Significant Impact and has determined that it is appropriate to lift the suspension of operations and production (SOP) on the above-referenced 226 leases with no changes to the stipulations or notices. The SOPs are lifted effective February 1, 2021.

Copies of the decisions lifting the lease suspensions can be found on the BLM NEPA ePlanning website: https://eplanning.blm.gov/eplanning-ui/project/2002778/510.

If you have questions, please contact Angela Wadman at (801) 539-4052.

Sincerely,

KENT HOFFMAN

Digitally signed by KENT HOFFMAN
Date: 2021.01.14 08:23:54 -07'00'

Kent Hoffman
Deputy State Director
Lands and Minerals

 

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Utah State Office
440 West 200 South, Suite 500
Salt Lake City, UT 84101-1345
http://www.blm.gov/utah

In Reply Refer To:
3100 (UT-922)

CERTIFIED MAIL – RETURN RECEIPT
9489 0090 0027 6180 0873 25

Stephen H.M. Bloch
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111

Dear Mr. Bloch,

On March 19, 2019, the U.S. District Court for the District of Columbia issued a decision holding, among other things, that the offering and sale of certain oil and gas leases on Bureau of Land Management (BLM)-managed public lands in Utah did not comply with the National Environmental Policy Act (NEPA). *WildEarth Guardians, et al. v. Bernhardt* (*WEG v. Bernhardt*), Case No. 1:16-cv-01724-RC (368 F. Supp. 3d 41). Specifically, the court found that the NEPA documents the BLM relied on in offering and selling the subject leases did not adequately assess potential impacts involving greenhouse gas (GHG) emissions and climate change.

Since the *WEG v. Bernhardt* decision was issued, various BLM oil and gas lease sales have been challenged in both administrative and judicial proceedings. These proceedings involve challenges to the BLM's analysis of GHG emissions similar to the claims at issue in the *WEG v. Bernhardt* litigation. As a result, BLM Utah suspended 226 leases that were subject to litigation or administrative appeal while it prepared additional NEPA analysis to address the GHG emissions expected to occur as a result of leasing these parcels.

On January 11, 2021, the Analysis for Greenhouse Gas Emissions Related to Oil and Gas Leasing in Utah, Environmental Assessment and Finding of No Significant Impact, DOI-BLM-UT-0000-2021-0001-EA, was completed and included an analysis that is consistent with the *WEG v. Bernhardt* decision described above. On January 11, 2021, the BLM signed a Finding of No Significant Impact and has determined that it is appropriate to lift the suspension of operations and production (SOP) on the above-referenced 226 leases with no changes to the stipulations or notices. The SOPs are lifted effective February 1, 2021.

Copies of the decisions lifting the lease suspensions can be found on the BLM NEPA ePlanning website: https://eplanning.blm.gov/eplanning-ui/project/2002778/510.

If you have questions, please contact Angela Wadman at (801) 539-4052.

Sincerely,

**KENT HOFFMAN**

Digitally signed by KENT HOFFMAN
Date: 2021.01.14 08:23:54 -07'00'

Kent Hoffman
Deputy State Director
Lands and Minerals